IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HERMINIA DOLEMBA and  SCOTT DOLEMBA,  on behalf of plaintiffs and a class,  Plaintiffs,  vs.  ALLIANCE SECURITY INC.  and DOES 1-10,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | 18 C 5975  Judge Gottschall  Magistrate Judge Schenkier |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Herminia Dolemba and Scott Dolemba, voluntarily dismiss their individual claims against defendant Alliance Security Inc. without prejudice and without costs. Plaintiffs Herminia Dolemba and Scott Dolemba voluntarily dismiss their class claims against defendant Alliance Security Inc. without prejudice and without costs. Plaintiffs Herminia Dolemba and Scott Dolemba voluntarily dismisses their claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on January 29, 2019, I caused a true and accurate copy of the foregoing document to be served via U.S. Mail and email to the following:

      Matthew Pitts - mpitts@alliancesecurity.com
      Registered Agent and General Counsel
      Alliance Security Inc.
      33 Broad Street
      Providence, RI 02903


                        s/ Heather Kolbus
                        Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200